NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WESTERN MANAGEMENT, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5049,-5064

---

Appeal from the United States Court of Federal Claims in Case No. 97-CV-340, Judge Nancy B. Firestone.

---

**JUDGMENT**

---

ROBERT E. KOVACEVICH, of Spokane, Washington, argued for plaintiff-appellant.

REGINA S. MORIARTY, Attorney, Appellate Section, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were GILBERT S. ROTHENBERG, Acting Deputy Assistant Attorney General, and BRUCE R. ELLISEN, Attorney.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 13, 2011    /s/ Jan Horbaly
Date                  Jan Horbaly
                        Clerk